CLOSED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TONDERELLA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK; GRIFFON CORPORATION LONG TERM DISABILITY PLAN; and GRIFFON CORPORATION LIFE PLAN,<br><br>　　　　　Defendants. | Case No: EDCV10-01018 JFW(DTBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 19, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE